IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEVI H. A MINOR, by and through his parents, L.H. and S.H. <br><br> Plaintiff, <br><br> v. <br><br> THE LITTLE COUNTRY SCHOOLHOUSE, LLC <br><br> Defendant. | NO. 3:21-cv-00365 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE FRENSLEY |

## JOINT NOTICE OF SETTLEMENT

**COME NOW** the parties, Plaintiffs, Levi H., a minor, by and through his parents, L.H. and S.H., and Defendant, The Little Country Schoolhouse, LLC, by and through counsel for both parties, and are pleased to advise the Court that they have reached a settlement that has resolved all claims in this matter. Counsel are in the process of finalizing the terms of that settlement agreement and executing same. Upon completion, a Joint Stipulation for Voluntary Dismissal will be entered within 30 days from the date of this Joint Notice of Settlement.

Respectfully submitted,

**GILBERT LAW, PLLC**

s/Justin S. Gilbert
Justin S. Gilbert (TN Bar No. 017079)
100 W. Martin Luther King Blvd, Suite 501
Chattanooga, TN 37402
Telephone: 423-499-3044
Facsimile: 423-756-2233
jgilbert@gilbertfirm.com

&

**THE SALONUS FIRM, PLC**

/s Jessica F. Salonus
JESSICA F. SALONUS (TN Bar No. 28158)
139 Stonebridge Boulevard
Jackson, TN 38305
Telephone: 731-300-0970
jsalonus@salonusfirm.com

*Attorneys for Plaintiff*

&

**WIMBERLY LAWSON WRIGHT DAVES & JONES**
/s Mary Dee Allen
MARY DEE ALLEN (TN Bar No. 015614)
Wimberly Lawson Wright Daves & Jones
1420 Neal Street, Suite 201
Cookeville, TN 38501
931-372-9123
mallen@wimberlylawson.com

*Attorney for Defendant*

# CERTIFICATE OF SERVICE

    I hereby certify that on August 2, 2022, a copy of the foregoing Joint Notice of Settlement was filed electronically via the Court's filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows:

    WIMBERLY LAWSON WRIGHT DAVES & JONES
MARY DEE ALLEN (TN Bar No. 015614)
Wimberly Lawson Wright Daves & Jones
1420 Neal Street, Suite 201
Cookeville, TN 38501
931-372-9123
mallen@wimberlylawson.com

    *s/Jessica F. Salonus*