IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LEVI H. A MINOR, by and through his parents, L.H. and S.H., ) ) ) Plaintiff, ) ) v. ) ) THE LITTLE COUNTRY SCHOOLHOUSE, LLC, ) ) ) Defendant. ) | NO. 3:21-cv-00365 JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |

## ORDER

The parties have filed a Joint Stipulation of Dismissal stating that this action should be dismissed with prejudice. (Doc. No. 17). Accordingly, pursuant to the stipulation of the parties, this case is hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE